**FILED**

**OCT 18 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Jesse David Pulido<br><br>                Defendant. | ORDER TO REDUCE<br>TERM OF SUPERVISED RELEASE FOR<br>SUCCESSFUL COMPLETION<br>OF REENTRY COURT<br>(18 U.S.C. 3583(3)(1))<br><br>Docket Number:   1:14CR00275 AWI |

On May 28, 2016, the defendant was accepted as a participant in the Reentry Court Program and on July 7, 2016, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of August 24, 2017.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on August 11, 2014, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program. It is recommended his term of supervision be terminated effective August 24, 2017.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

_____10/12/16_____
**Date**

_____
The Honorable Sheila K. Oberto
United States Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced.

_____10-18-16_____
**Date**

_____
The Honorable Anthony W. Ishii
Senior United States District Judge

cc:    Defendant
        Assistant United States Attorney: Unassigned
        Defense Counsel: Unassigned
        FLU Unit – United States Attorney's Office
        Fiscal Clerk - Clerk's Office